In The



Court of Appeals



Ninth District of Texas at Beaumont


____________________



NO. 09-04-012 CR


____________________



MELVIN CORNELIOUS BELL, Appellant



V.



THE STATE OF TEXAS, Appellee






On Appeal from the Criminal District Court


Jefferson County, Texas


Trial Cause No. 88441






MEMORANDUM OPINION (1)


 We have before the Court a motion from the appellant, Melvin Cornelious Bell, to
withdraw his appeal pursuant to Tex. R. App. P. 42.2. The motion is signed by appellant
personally and filed by his attorney of record, Bruce N. Smith. No opinion has issued in
this appeal.

 The motion is GRANTED and the appeal is therefore DISMISSED.

 PER CURIAM

Opinion Delivered January 22, 2004 

Do Not Publish

Before McKeithen, C.J., Burgess and Gaultney, JJ.
1. Tex. R. App. P. 47.4.